IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RUSSELL S. SHICK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No. 06-930 |
| | ) Chief Judge Donetta W. Ambrose |
| JEFFERSON COUNTY PRISON; et al., | ) Magistrate Judge Amy Reynolds Hay |
| | ) |
| Defendants. | ) |

## ORDER

AND NOW, this 22nd day of May, 2007, after the plaintiff, Russell S. Schick, filed an action in the above-captioned case, and after a Report and Recommendation was filed by the United States Magistrate Judge recommending that the case be dismissed for failure to prosecute and granting the parties ten days after being served with a copy to file written objections thereto, and no objections having been filed, and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that the case is dismissed for failure to prosecute.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if the parties desire to appeal from this Order they must do so within thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed.R.App.P.

*Donetta F. Ambrose*
DONETTA W. AMBROSE
United States District Judge

cc:    Honorable Amy Reynolds Hay
United States Magistrate Judge

Russell S. Shick
Jefferson County Prison
578 Service Center Road
Brookville, PA 15825

Marie Milie Jones, Esquire
Michael R. Lettrich, Esquire
Meyer, Darragh, Buckler, Bebenek & Eck
600 Grant Street
US Steel Tower, Suite 4850
Pittsburgh, PA 15219

James R. Miller, Esquire
Linda V. Hernandez, Esquire
Dickie, McCamey & Chilcote
Two PPG Place
Suite 400
Pittsburgh, PA 15222-5402